# United States District Court — Violation Notice

CVB Location Code: EV47

**Violation Number:** 7329529
**Officer Name (Print):** Walter
**Officer No.:** 1429

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 06/15/2019 21:00 hrs
**Offense Charged:** CFR ☒ / USC ☐ / State Code ☒
32 CFR 1903.3
46.2-328(A)

**Place of Offense:** 930 Dolly Madison Blvd, McLean VA 20171, GBCI Gate 3

**Offense Description; Factual Basis for Charge:**
No motorcycle license

### DEFENDANT INFORMATION
**Last Name:** Wells
**First Name:** Curtis
**MI:** L

[Address redacted]

**Tag No.:** Z31558
**State:** VA
**Year:** 21
**Make/Model:** Ducati / 848
**PASS:** ☐
**Color:** Red

☒ A  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
☐ B  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $   Total Collateral Due

**YOUR COURT DATE**
Court Address: 401 Courthouse Square, Alexandria, VA 22314
Date: 08/22/2019
Time: 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 15 August, 2019 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I observed a red 2004 Ducati motorcycle come to a complete stop in the middle of the roadway outside of the George Washington Parkway Gate of the GBCI CIA facility. The operator of the motorcycle was identified by name, date of birth & Virginia Driver's License number (A60117308) as Curtis L. Wells Jr. A VCIN/NCIC inquiry revealed that Mr. Wells' license status was listed as "Not licensed-RNF." All information on the front of this violation notice is incorporated by reference herein.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/18/2019
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident